AMIR V. ADIBI (SBN 290571)
amir@adibiip.com
ANDREW C. PALMER (SBN 317897)
andrew@adibiip.com
ADIBI IP GROUP, PC
155 Montgomery Street, Suite 1010
San Francisco, California 94104
Tel: (415) 851-2566
Fax: (415) 873-2284

Attorneys for Plaintiff
Omar Kabob Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KABOB INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>De Afghanan LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. 2:24-cv-00220-DJC-CKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; ORDER** |

WHEREAS, no defendant has filed an answer or a motion for summary judgment in this action; and

WHEREAS, no crossclaim or counterclaim has been filed in this action.

NOW, THEREFORE, Plaintiff, Omar Kabob Inc., hereby dismisses this action in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED: March 27, 2024                ADIBI IP GROUP, PC

                                      By: */s/ Andrew C. Palmer*
                                          Andrew C. Palmer
                                          Attorneys for Plaintiff
                                          *OMAR KABOB INC.*

**ORDER**

Upon request of Plaintiff and good cause appearing,

IT IS HEREBY ORDERED that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  March 27, 2024            /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE